UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN ADAMS,

    Plaintiff,

v.

AUTO RAIL LOGISTICS, INC.,
a foreign corporation doing business in
Michigan, AUTO WAREHOUSING
COMPANY, a foreign corporation doing
Business in Michigan, and JOHN CORRIGAN,
individually,

    Defendants.
_____/

Case Number: 09-CV-12152

Hon.: Victoria A. Roberts

Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| COURTNEY E. MORGAN, JR. (P29137)<br>BRIAN J. NAGY (P65542)<br>Morgan & Meyers, PLC<br>Attorneys for Plaintiff<br>3200 Greenfield, Suite 260<br>Dearborn, Michigan 48120<br>(313) 961-0130<br>(313) 961-8178 (fax)<br>cmorgan@morganmeyers.com<br>bnagy@morganmeyers.com | THOMAS R. WURST (P30177)<br>SARAH K. WILLEY (P57376)<br>Miller Johnson<br>Attorneys for Defendants<br>303 North Rose Street, Suite 600<br>Kalamazoo, Michigan 49007<br>(269) 226-2957<br>(269) 978-2957 (fax)<br>willeys@millerjohnson.com<br>wurstt@millerjohnson.com |

## **JUDGMENT**

At a session of said Court held at the United States District Court, Eastern District of Michigan, Southern Division, in the City of Detroit, County of Wayne, and State of Michigan, this <u>8th</u> day of February, 2011.

PRESENT:   HON. VICTORIA A. ROBERTS

This matter was tried before a jury on January 25, 26, 27, 28 and 31, 2011. The jury rendered a verdict of no cause of action on January 31, 2011. Therefore,

**IT IS ORDERED** that, in accordance with the jury's verdict, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

This Judgment resolves the claim with prejudice and closes the case.

S/Victoria A. Roberts
Hon. Victoria A. Roberts
U.S. District Court Judge

KZ_DOCS 255324v1 27454.001